UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MERI-TEX INTERNATIONAL, LTD.,** | § |
| | § |
| **Plaintiff,** | § |
| VS. | § |
| | § CIVIL ACTION NO. H-04-1448 |
| **BENCHMARK WORLDWIDE** | § |
| **TRANSPORT, INC.,** *et al.*, | § |
| | § |
| **Defendants.** | § |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiff's motion to abate this case pending re-registration of Plaintiff Meri-Tex under Hong Kong law. That motion, Docket No. 77, is hereby **DENIED**. The trial date, May 15, 2006, remains in force. If Plaintiff cannot prove, on or before that date, that it is a duly registered corporation with the ability to bring suit in this Court, its claims will be dismissed.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 4th day of May, 2006.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.